IN THE SUPREME COURT OF TEXAS

 No. 11-0297

 IN RE WEST STAR TRANSPORTATION, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's emergency motion for temporary relief, filed April
27, 2011, is granted. The court of appeals' opinion and judgment in Cause
No. 07-10-00515-CV, styled In re Charles Robison and Cherie Robison, in the
Seventh Court of Appeals and the trial court's April 29, 2011 hearing on
Charles and Cherie Robison's Motion to Vacate Severance; Enter Summary
Judgment and Set Case for Trial in Cause Nos. 2009-546, 118, styled Charles
Robison and Cherie Robison v. A&S Transportation and West Star
Transportation, Inc., Aycock Freight, Inc., Omega Freight, Inc., Lubbock
GDA, Inc., Lummus Corporation, Bilsan Corporation d/b/a Belt-Wide
Industries, Inc., and 2009-546,118-B, styled West Star Transportation, Inc.
v. Charles Robison and Cherie Robison, in the 72nd District Court of
Lubbock County, Texas, are stayed pending further order of this Court.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this April 29, 2011.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk